[Nos. 17375-1-II; 19485-6-II.  Division Two.  June 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONIDES
RESENDIZ-BRAVO, ET AL., *Appellants*.

*In the Matter of the Personal Restraint Petition of*
JESUS RESENDIZ-BRAVO.

Appeals from judgments of the Superior Court for
Cowlitz County, No. 93-1-00226-0, Don L. McCulloch, J.,
entered July 20, 1993. *Affirmed in part* and petition *denied*
by unpublished opinion per Houghton, J., concurred in by
Seinfeld, C.J., and Morgan, J.

[Nos. 17571-1-II; 17884-2-II;  Division Two.  June 28, 1996.]
18126-6-II.

*In the Matter of the Marriage of* SUSAN JEAN
McDONALD, *Respondent*, and RICKEY LEROY
McDONALD, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, No. 91-3-03855-3, Scott Candoo, J. Pro Tem.,
entered September 20, 1993. *Affirmed* by unpublished
opinion per Morgan, J., concurred in by Seinfeld, C.J., and
Conoley, J. Pro Tem.

[No. 17658-1-II.  Division Two.  June 28, 1996.]

TERRY M. McCLANAHAN, *Individually and as
Personal Representative*, ET AL., *Appellants*, v.
BRADLEY J. CADY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-2-02817-8, Thomas L. Lodge, J., entered
October 8, 1993. *Affirmed* by unpublished opinion per Wig-
gins, J. Pro Tem., concurred in by Seinfeld, C.J., and
Bridgewater, J.